**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DELORES CREWS, etc.,

    Plaintiff,

    v.                              No.3:05-cv-1288-J-12MCR

GLENN HENSLEY, etc., et al.,

    Defendants.

## O R D E R

This cause is before the Court on the Plaintiff's Motion to Preserve Evidence (Doc.3) and the Defendants' objection thereto (Doc.4), filed December 19, 2005.  Upon review of the submissions of the parties, it is

**ORDERED AND ADJUDGED**:

1.    That in light of the Defendants' position set forth in their objection (Doc.4), the Plaintiff's Motion to Preserve Evidence (Doc.3) is moot; and

2.    That Plaintiff shall have until January 9, 2006, to seek any further relief deemed appropriate.

**DONE AND ORDERED** this   23rd   day of December 2005.

*[Signature: Howell W. Melton]*
HOWELL W. MELTON
United States District Judge

Copies to:    Counsel of Record